UNTED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

_____

In Re:                                                    :
                                                          :
THOMAS G. JEWELL,                                         : Case No. 17-11625-KHK
                                                          :
Debtor.                                                   :
                                                          :
_____                  :
                                                          :
DOROTHY M. JEWELL, AS BENEFICIARY                         :
OF THE CLARENCE G. JEWELL TRUST                           :
                                                          :
Movant,                                                   :
                                                          :
v.                                                        :
                                                          :
THOMAS G. JEWELL,                                         :
                                                          :
Respondent.                                               :
_____                  :

NOTICE OF MOTION TO EXTEND TIME TO FILE
OBJECTION TO CONFIRMATION OF CHAPTER 11 PLAN

        Dorothy M. Jewell, as beneficiary of the Clarence G. Jewell Trust, a party in interest in
this case, has filed the attached papers with the Court to extend the deadline to object to the
confirmation of the Chapter 11 plan.

        **Your rights may be affected.  You should read these papers carefully and discuss
them with your attorney, if you have one, in this bankruptcy case.  (If you do not have an
attorney, you may wish to consult one.)**

        Under Local Bankruptcy Rule 9013-1, unless a written response to this motion and
supporting memorandum are filed with the Clerk of the Court and served on the moving party
within 14 days of service of this notice objecting to the relief requested, the Court may deem any
opposition waived, treat the motion as conceded, and issue an order granting the requested relief
without further notice or hearing.

        If you mail your response to the Court for filing, you must mail it early enough so the
Court will **receive** it before the date stated above.  You must also send a copy to:

United States Bankruptcy Court
Alexandria Division
200 S. Washington St.
Alexandria, Virginia 22314-5405
(Address for filing)


Chong C. Park, Esquire
Clark, Park & Dennis, P.C.
Market Station
108-E South Street, S.E.
Leesburg, Virginia 20175
cpark@theclarkfirm.com
*Counsel for Movant*

Capital One
Attn: General Correspondence
P.O. Box 30285
Salt Lake City, UT 84130-0285

Clarence G. Jewell Trust
c/o Frank Bredimus, Esquire
The Law Office of Frank Bredimus
P.O. Box 535
Hamilton, Virginia 20159
*Counsel for Debtor/ Trustee*

Credit One Bank
P.O. Box 98873
Las Vegas, NV 89193-8873

Jack Frankel, Esquire
Office of the U.S. Trustee
115 South Union Street
Suite 210
Alexandria, Virginia 22314

Judy A. Robins, Esquire
Office of the U.S. Trustee
115 South Union Street
Suite 210
Alexandria, Virginia 22314

M. Christine Maggard, Esquire
Brock & Scott, PLLC
484 Viking Drive, Suite 203
Virginia Beach, VA 23452

Frank Bredimus, Esquire
The Law Office of Frank Bredimus
P.O. Box 535
Hamilton, Virginia 20159
fbredimus@aol.com
*Counsel for Debtor*

If no timely response has been filed opposing the motion, the Court may grant the motion.

If you or your attorney do not take these steps, the Court may decide that you do not oppose and may enter an order granting the motion.

Dated: <u>September 8, 2017</u>

Respectfully submitted,

DOROTHY M. JEWELL, as beneficiary of the Clarence G. Jewell Trust,

By Counsel,

_____/s/ Chong C. Park_____
Chong C. Park, Esq., VSB 45733
Clark, Park & Dennis, P.C.
Market Station
108-E South Street, S.E.
Leesburg, Virginia 20175
Tel (703) 443-0001
Fax (703) 443-1081
cpark@theclarkfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have on this 8th day of September 2017, caused a copy of the foregoing *Notice of Motion for Extension of Time to File Objection to Confirmation of Chapter 11 Plan* to be served on all necessary parties by electronically filing the foregoing with the Clerk of the Court using CM/ECF System, and/or by mailing via U.S. First-Class Mail to the following:

Capital One
Attn: General Correspondence
P.O. Box 30285
Salt Lake City, UT 84130-0285

Clarence G. Jewell Trust
c/o Frank Bredimus, Esquire
The Law Office of Frank Bredimus
P.O. Box 535
Hamilton, Virginia 20159
*Counsel for Debtor/ Trustee*

Credit One Bank
P.O. Box 98873
Las Vegas, NV 89193-8873

Jack Frankel, Esquire
Office of the U.S. Trustee
115 South Union Street
Suite 210
Alexandria, Virginia 22314

M. Christine Maggard, Esquire
Brock & Scott, PLLC
484 Viking Drive, Suite 203
Virginia Beach, VA 23452

Frank Bredimus, Esquire
The Law Office of Frank Bredimus
P.O. Box 535
Hamilton, Virginia 20159
fbredimus@aol.com
*Counsel for Debtor*

Judy A. Robins, Esquire
Office of the U.S. Trustee
115 South Union Street
Suite 210
Alexandria, Virginia 22314

_____/s/ Chong C. Park_____
Chong C. Park

UNTED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

_____

In Re:                                                    :
                                                              :
THOMAS G. JEWELL,                           : Case No. 17-11625-KHK
                                                              :
Debtor.                                                   :
                                                              :
_____  :
                                                              :
DOROTHY M. JEWELL, AS BENEFICIARY      :
OF THE CLARENCE G. JEWELL TRUST            :
                                                              :
Movant,                                                :
                                                              :
v.                                                           :
                                                              :
THOMAS G. JEWELL,                           :
                                                              :
Respondent.                                          :
_____  :

MOTION TO EXTEND TIME TO FILE OBJECTION TO CONFIRMATION
OF CHAPTER 11 PLAN AND MEMORANDUM IN SUPPORT THEREOF

COMES NOW, Movant DOROTHY M. JEWELL, as beneficiary of the Clarence G.

Jewell Trust, by counsel, and moves this Court for an extension of time to file Movant's

*Objection to Confirmation of Chapter 11 Plan*, in this case.  In support thereof, Ms. Jewell states

as follows:

1.       Dorothy M. Jewell is the sole beneficiary of The Clarence G. Jewell Trust, and is

also a party in interest in this case.

2.       Mrs. Jewell is also a creditor in this case as the petitioner of a lawsuit filed against

the Debtor in state court.

3.       On Friday August 25, 2017, Mrs. Jewell, by counsel, received the Debtor's

*Suggestion of Bankruptcy* notifying Mrs. Jewell that the Debtor filed for chapter 11 bankruptcy

on May 12, 2017 and that all claims were subject to an automatic stay.  Up to the date of

receiving the Debtor's bankruptcy suggestion, Mrs. Jewell had not received any notification that

the Debtor had filed for chapter 11 bankruptcy.

4.      On Tuesday August 29, 2017, Mrs. Jewell's counsel became aware of a

confirmation hearing on the Debtor's Plan of Reorganization (the "Plan"), which was scheduled

to take place on that same day.  Also on August 29, 2017, counsel for Mrs. Jewell learned that

the matter was continued to October 24, 2017.

5.      Unknown to Mrs. Jewell, the deadline for all creditors and parties in interest to

file their objections to the Plan was August 22, 2017.  Mrs. Jewell never received notice of the

confirmation hearing from the Debtor because the Debtor has been sending notification of the

proceedings to himself as the trustee.

6.      After learning of the bankruptcy proceedings and obtaining a copy of the Debtor's

proposed plan, Mrs. Jewell's counsel learned that the Clarence G. Jewell Trust (the "Trust") is

identified in the petition as a creditor for a "loan" that the Debtor made to himself while serving

in his fiduciary capacity as trustee of the Trust.

7.      Because Mrs. Jewell is the sole beneficiary of the trust and the Debtor serves the

dual role of both debtor and the trustee who authorized the "loan", it is paramount that Mrs.

Jewell be provided with notice of the proceedings, an opportunity to be heard, and the

opportunity to protect her interest through an objection.  Accordingly, Mrs. Jewell requests that

the deadline for filing an objection to the Debtor's Plan be extended to a time sufficient to allow

her to object to the Plan.

WHEREFORE, Dorothy M. Jewell, as beneficiary of the Clarence G. Jewell Credit

Shelter Trust, respectfully requests that this Court extend the deadline to object to the

confirmation of Debtor's Chapter 11 Plan of Reorganization to a time sufficient to allow her to

object to the Plan and grant such other relief as it deems just and proper.

<div style="margin-left:40%">

Respectfully submitted,

DOROTHY M. JEWELL, as beneficiary of
The Clarence G. Jewell Trust,

By Counsel,

</div>

_____/s/ Chong C. Park_____
Chong C. Park, Esq., VSB 45733
Clark, Park & Dennis, P.C.
Market Station
108-E South Street, S.E.
Leesburg, Virginia 20175
Tel (703) 443-0001
Fax (703) 443-1081
cpark@theclarkfirm.com

<div style="text-align:center">

## CERTIFICATE OF SERVICE

</div>

I HEREBY CERTIFY that I have on this 8th day of September 2017, caused a copy of the foregoing *Motion to Extend time to Object to Confirmation of Chapter 11 Plan and Memorandum in Support Thereof* to be served on all necessary parties by electronically filing the foregoing with the Clerk of the Court using CM/ECF System, and/or by mailing via U.S. First-Class Mail to the following:

Capital One
Attn: General Correspondence
P.O. Box 30285
Salt Lake City, UT 84130-0285

Clarence G. Jewell Trust
c/o Frank Bredimus, Esquire
The Law Office of Frank Bredimus
P.O. Box 535
Hamilton, Virginia 20159
*Counsel for Debtor/ Trustee*

Credit One Bank
P.O. Box 98873
Las Vegas, NV 89193-8873

Jack Frankel, Esquire
Office of the U.S. Trustee
115 South Union Street
Suite 210
Alexandria, Virginia 22314

M. Christine Maggard, Esquire
Brock & Scott, PLLC
484 Viking Drive, Suite 203
Virginia Beach, VA 23452

Frank Bredimus, Esquire
The Law Office of Frank Bredimus
P.O. Box 535
Hamilton, Virginia 20159
fbredimus@aol.com
*Counsel for Debtor*

Judy A. Robins, Esquire
Office of the U.S. Trustee
115 South Union Street
Suite 210
Alexandria, Virginia 22314

\_\_\_/s/ Chong C. Park_____
Chong C. Park