# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In re:                        )
                              )
THOMAS GIBSON JEWELL,          )    Case No. 17-11625-KHK
                              )    Chapter 11
              Debtor.          )

## ORDER GRANTING MOTION TO EXPEDITE HEARING

Upon consideration of Dorothy M. Jewell's Motion to Expedite Hearing (Docket No. 57), on her Motion for Relief From Stay (Docket No. 56), it is

**ORDERED:**

1. The motion to expedite hearing is granted, and a hearing on Dorothy M. Jewell's Motion for Relief From Stay (Docket No. 56), will be held on **Wednesday, September 20, 2017, at 11:00 a.m. in Courtroom III before Judge Brian F. Kenney**.

2. Written opposition, if any, must be filed by 5:00 p.m. on **Monday, September 18, 2017**.

3. Counsel for the Movant shall give notice of this hearing by close of business on **September 11, 2017**.

4. The Clerk shall mail copies of this Order, or give electronic notice of its entry, to the parties listed below.

Date: Sep 11 2017                    /s/ Brian F. Kenney
                                     _____
                                     Brian F. Kenney
Alexandria, Virginia                 United States Bankruptcy Judge

                                     Entered on Docket: September 12, 2017

Copies to:

Thomas Gibson Jewell
114 Chesterfield Place SW
Leesburg, VA 20175
*Chapter 11 Debtor*

Frank Bredimus, Esquire
16960 Ivandale Rd.
Hamilton, VA 20158
*Counsel for Chapter 11 Debtor*

Chong C. Park, Esquire
108-E South Street, S.E.
Leesburg, VA 20175
*Counsel for Dorothy M. Jewell*

Jack Frankel, Esquire
Office of the U.S. Trustee
115 South Union Street, Ste. 210
Alexandria, VA 22314
*Counsel for the U.S. Trustee*