**United States Bankruptcy Court**
**Eastern District of Virginia**
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number** 17−11625−KHK

**In re:**                                                          **Chapter** 11

Thomas Gibson Jewell
 114 Chesterfield Place SW
Leesburg, VA 20175

**SSN:** xxx−xx−9052          **EIN:** NA

# NOTICE OF CONFIRMATION OF CHAPTER 11 PLAN

Notice is hereby given of the entry of an order of this court on February 12, 2018, confirming the Plan of Reorganization filed by Frank Bredimus.

If individual debtor(s); Section §1141(d) of Title 11 of the United States Code sets forth the effect of confirmation of the plan as it relates to the debtor(s)' discharge.

The original order is on file in the Clerk's Office.

Dated:  February 12, 2018                              For the Court,

                                                        William C. Redden, Clerk
(VAN−014)                                              United States Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                Case No. 17-11625-KHK
Thomas Gibson Jewell                                                  Chapter 11
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-9         User: chandlerk         Page 1 of 1            Date Rcvd: Feb 12, 2018
                             Form ID: VAN014         Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 14, 2018.
```
db            +Thomas Gibson Jewell,    114 Chesterfield Place SW,    Leesburg, VA 20175-2700
aty           +Frank Bredimus,    Law Office of Frank Bredimus,    P.O. Box 535,    Hamilton, VA 20159-0535
op            +Brien Roche,    Johnson & Roche,    8355 Greensboro Drive,    McLean, VA 22102-3530
cr            +County of Loudoun, VA,    c/o Belkys Escobar,    One Harrison St. SE, (MSC #06),
                Leesburg, VA 20175-3102
intp          +Elizabeth Pendzich,    17A Royal St. SE,    Leesburg, VA 20175-3015
13892824      +Capital One,    Attn: General Correspondence,    PO Box 30285,    Salt Lake City, UT 84130-0285
13957143       Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                Charlotte, NC 28272-1083
13892825       Carrington Mortgage Services,    P.O. Box 79001,    Phoenix, AZ 85062-9001
13892826       Clarence G. Jewell Trust,    114 Chesterfield Place SW,    Leesburg, VA 20175-2700
14023175      +County of Loudoun, Virginia,    Attn: Belkys Escobar Asst. County Atty.,    1 Harrison Street, SE,
                Leesburg, Virginia 20175-3102
14042348      +Dorothy M. Jewell,    405 Mosby Drive SW,    Leesburg, VA 20175-2607
14042349      +Dorothy M. Jewell,    c/o Chong C. Park, Esq.,    108 South St., SE,    Suite E,
                Leesburg, VA 20175-3732
14048927      +Wilmington Savings Fund Society,    Carrington Mortgage Services, LLC,
                1600 South Douglass Road,    Anaheim, CA 92806-5948
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13892827       E-mail/PDF: creditonebknotifications@resurgent.com Feb 13 2018 02:35:33      Credit One Bank,
                P.O. Box 98873,    Las Vegas, NV 89193-8873
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Dorothy M. Jewell
unk            Jeffrey A. Bolyard
cr             Wilmington Savings Fund Society, FSB, as Trustee o
                                                                                   TOTALS: 3, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2018 at the address(es) listed below:
```
              Ann E. Schmitt    on behalf of Interested Party Elizabeth  Pendzich aschmitt@culbert-schmitt.com
              Belkys Escobar    on behalf of Creditor   County of Loudoun, VA Belkys.Escobar@loudoun.gov,
               bankrupt@loudoun.gov;Brian.Boone@loudoun.gov;Ann.McCafferty@loudoun.gov
              Brien A. Roche    on behalf of Other Professional Brien  Roche brienroche@aol.com
              Chong Chae Park    on behalf of Creditor Dorothy M. Jewell cpark@candalaw.com
              Daniel M. Press    on behalf of Unknown Jeffrey A. Bolyard dpress@chung-press.com,
               pressdm@gmail.com
              Frank  Bredimus    on behalf of Debtor Thomas Gibson Jewell Fbredimus@aol.com,
               dmstuart@email.wm.edu
              Frank  Bredimus    on behalf of Attorney Frank  Bredimus Fbredimus@aol.com,  dmstuart@email.wm.edu
              Jack  Frankel    on behalf of U.S. Trustee Judy A. Robbins jack.i.frankel@usdoj.gov,
               USTPRegion04.ax.ecf@usdoj.gov
              Judy A. Robbins    ustpregion04.ax.ecf@usdoj.gov
              M. Christine Maggard    on behalf of Creditor   Wilmington Savings Fund Society, FSB, as Trustee
               of Stanwich Mortgage Loan Trust A christine.maggard@brockandscott.com,
               VAECF@brockandscott.com;wbecf@brockandscott.com;krista.warmack@brockandscott.com
                                                                                             TOTAL: 10
```